QUINN EMANUEL URQUHART & SULLIVAN, LLP
  Duane R. Lyons (Bar No. 125091)
  duanelyons@quinnemanuel.com
  Christopher A. Mathews (Bar No. 144021)
  chrismathews@quinnemanuel.com
  Tigran Guledjian (Bar No. 207613)
  tigranguledjian@quinnemanuel.com
  Patrick T. Schmidt (Bar No. 274777)
  patrickschmidt@quinnemanuel.com
  Richard H. Doss (Bar No. 204078)
  richarddoss@quinnemanuel.com
  Nima Hefazi (Bar No. 272816)
  nimahefazi@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543
Telephone:  (213) 443-3000
Facsimile:  (213) 443-3100

Attorneys for Defendants Briles Aerospace, Inc. and Michael Briles

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| SPS TECHNOLOGIES, LLC d/b/a PB FASTENERS,<br><br>Plaintiff,<br><br>vs.<br><br>BRILES AEROSPACE, INC., MICHAEL BRILES, and ROBERT BRILES,<br><br>Defendant. | CASE NO. 2:18-cv-09536-MWF-AS<br><br>**DISCOVERY MATTER**<br><br>**NOTICE OF MOTION AND MOTION TO COMPEL CONCERNING DISCOVERY DISPUTE AS TO WAIVER OF PRIVILEGE WITH RESPECT TO CERTAIN PLAINTIFF'S DOCUMENTS**<br><br>**Discovery Cutoff**: TBA<br>**Pretrial Conference:** TBA<br>**Trial Date**: TBA<br><br>**Hearing Date**: January 16, 2020<br>**Hearing Time**: 10:00 a.m.<br>**Before**: Hon. Alka Sagar<br><br>**Location**: 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 540, 5th Floor |

PLEASE TAKE NOTICE, that on January 16, 2020, at 10:00 AM, at the Roybal Federal Building and United States Courthouse, 255 E. Temple St., Los Angeles, CA, 90012, Courtroom 540, 5th Floor, Briles Aerospace, Inc. ("Briles Aerospace") shall and hereby does move the Court pursuant to Federal Rule of Civil Procedure 37 for resolution of the parties' current discovery dispute as to waiver of privilege with respect to certain Plaintiff's documents. Specifically, Briles Aerospace requests that the Court order Plaintiff to immediately produce certain documents identified on SPS's Second Revised Privilege Log its privilege log specifically identified in the joint stipulation that include Sara Gray—former outside counsel for Precision Castparts Corp. ("PCC") at Stoel Rives, and current Senior Corporate Counsel at PCC—as an author or addressee, and documents that include Stoel Rives as an author. This motion is based on this notice of motion and motion, the joint stipulation of the parties and exhibits thereto, and such other written or oral argument as may be presented at or before the time this motion is deemed submitted by the Court.

**BRILES AEROSPACE'S CERTIFICATION PURSUANT TO L.R. 37-1**

This motion is made following conference of counsel pursuant to L.R. 37-1, which took place on September 26, 2019.

Dated: December 19, 2019

/s/ Richard H. Doss
QUINN EMANUEL URQUHART & SULLIVAN, LLP
Duane R. Lyons (Bar No. 125091)
duanelyons@quinnemanuel.com
Christopher A. Mathews (Bar No. 144021)
chrismathews@quinnemanuel.com
Tigran Guledjian (Bar No. 207613)
tigranguledjian@quinnemanuel.com
Patrick T. Schmidt (Bar No. 274777)
patrickschmidt@quinnemanuel.com
Richard H. Doss (Bar No. 204078)
richarddoss@quinnemanuel.com
Nima Hefazi (Bar No. 272816)
nimahefazi@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Telephone: (213) 443-3000
Facsimile: (213) 443-3100

*Attorneys for Defendants Briles Aerospace, Inc. and Michael Briles*