Elizabeth Mitchell (SBN 251139)
SPERTUS, LANDES & UMHOFER, LLP
1990 S. Bundy Drive, Ste 705
Los Angeles, CA 90025
Tel: (310) 826-4700; Email: emitchell@spertuslaw.com

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| SPS TECHNOLOGIES, LLC d/b/a/ PB FASTENERS, <br><br> PLAINTIFF(S) <br><br> v. <br><br> BRILES AEROSPACE, INC., et al. <br><br> DEFENDANT(S). | CASE NUMBER: <br><br> Case No. 2:18-cv-09536- MWF (ASx) <br><br><br> **NOTICE OF MANUAL FILING OR LODGING** |

**PLEASE TAKE NOTICE:**

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☐ Filed ☑ Lodged: **(List Documents)**

1) Plaintiff's Supplemental Brief in Support of Plaintiff's Position in Joint Stipulation Concerning Discovery Dispute as to Waiver of Privilege With Respect to Certain Plaintiff's Documents; and
2) Exhibit 1 - Description of Documents for In Camera Review

**Reason:**
☐ Under Seal
☑ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Per Court order dated: _____
☑ Other:
Per order dated January 14, 2020 from Judge Sagar.

January 28, 2020
Date

/s/ Elizabeth Mitchell
Attorney Name

SPS Technologies, LLC d/b/a PB Fasteners
Party Represented

Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).

G-92 (05/15)    NOTICE OF MANUAL FILING OR LODGING